# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Karen Costlow, | : | Case No. 3:21-cv-43 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| Ohio Department of Rehabilitation and Corrections, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendants Dayton Correctional Institution, Beverly Clayton and Dr. Rosalind Moore filed a Motion to Dismiss on May 24, 2021. (Doc. #15). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **June 17, 2021**. If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case dismissed.

May 25, 2021

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge