# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KAREN COSTLOW, | Case No. 3:21-cv-00043 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Sharon L. Ovington |
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*, | |
| Defendants. | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. No. 22), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It therefore is **ORDERED** that:

1. The Report and Recommendations filed on December 1, 2021 (Doc. No. 22) is ADOPTED in full;

2. Defendants' Ohio Department of Rehabilitation and Corrections and the State of Ohio's Motion to Dismiss (Doc. No. 11) is GRANTED;

3. Defendants' Dayton Correctional Institution, Beverly Clayton and Dr. Rosalind Moore's Motion to Dismiss (Doc. No. 15) is GRANTED;

4.       Plaintiff's Motion to Remove and Replace (Doc. No. 20) is GRANTED IN PART AND DENIED IN PART; and

5.       This case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

December 21, 2021                                                   *s/Thomas M. Rose*
                                                                               Thomas M. Rose
                                                                               United States District Judge